FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jun 22, 2023
OFFICE OF THE CLERK

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
Western District of Arkansas

El Dorado Division

| | |
|---|---|
| Adam Maskell | Case No. 1:23-cv-1064 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| Bradley County Sheriff's Dept. Deputy Andy Green, Deputy Anthony Gallegos Deputy J. Ramirez | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Adam Maskell
Address         1000 S. Crawford St Apt G
                Clarksville        AR        72830
                      *City*           *State*      *Zip Code*
County          Johnson
Telephone Number   870-952-1158
E-Mail Address     adammaskell380@yahoo.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                     Andy Green
Job or Title *(if known)*   Deputy
Address                  101 E Cedar St Suite B
                         Warren         AR        71671
                            *City*         *State*      *Zip Code*
County                   Bradley
Telephone Number         870-226-3491
E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 2
Name                     J. Ramirez
Job or Title *(if known)*   Deputy
Address                  101 E. Cedar St Suite B
                         Warren         AR        71671
                            *City*         *State*      *Zip Code*
County                   Bradley
Telephone Number         870-226-3491
E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name                            Anthony Gallegos

Job or Title *(if known)*       Deputy

Address                         101 E Cedar St Suite B

                        Warren          AR    71671
                        *City*          *State*    *Zip Code*

County                          Bradley

Telephone Number                870-226-3491

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

                        *City*          *State*    *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

18 USC 1621 Perjury
4th Amendment Unlawful Search and Seizure Phone
5th Amendment Coerced Confession
14th Amendment Due Process Violation

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All 3 Sheriffs officers commited perjury while under Oath, one seized evidence my cellphone, There act of Perjury is to circumvent turning over exculpatory evidence I requested All did this while on duty and while employed with the Bradley County Sheriff Departmen

III.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Bradley County Circuit Court October 31st, 2022
May 25th, 2022 Scene of Arrest.
Warren PD May 26th, 2022

B.   What date and approximate time did the events giving rise to your claim(s) occur?

10-31-22   10 am Denno Hearing Courtroom
5-25-22   11:45 pm Scene of Arrest
5-26-22   9 am Warren PD
4/23 Bradley County Circuit Court Court Room

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

It should be noted in the May 25th 2022 Bradley County Sheriffs Department Incident Report Deputy Green reported Ofc Paces body cam was on and recording.

Deputy Green reported on May 25th, 2022 only his body Camera was inoperable then on October 31st, 2022 he stated every officers body cam was inoperable 10-12 Cameras Deput Green Commited perjury under oath, Deputy J. Ramirez testified he left his body cam at home and wasn't recording, then at a hearing in April of 2023 the Prosecutor gave me a disc with Deputy Ramirez's

body cam footage from the night he testified to leaving his body cam home. Deputy Ramirez lied and said "Its all on tape everything you did you might as well just go ahead and confess while I was intoxicated (continue next pa

Page 4 of 6

Which was the only reason I gave a confession after the confession was given Deputy Gallegos stated no tape existed of me commiting any crime so the confession was coerced and involuntary. Deputy Ramirez further

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

commited perjury at the Denno Hearing by saying he doesnt recall saying

**IV.    Injuries** that, Deputy Gallegos lied and commited perjury by saying an unidentifiable noise on the tape of the confession was a

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

South Park Ringtone. Lying to cover up the tape of the confession being altered by the Chief of Police. Deputy Gallegos took my phone never gave me a confiscation report improperly did not turn the phone in and rode around with it in his SUV. Did not have a warrant to seize my phone. All 3 deputies commited perjury to circumvent having to turn over exculpatory evidence I requested

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Monetary Relief $250,000 - $1,000,000 or any other amount the court deems appropriate.

Injunctive Relief all 3 deputies terminated and charged with perjury and receive the maximum sentence allowed by law 5 years in Prison. Dismissal of Charge at Bradley County Circuit Court for numerous Constitutional Violations. And any other punishment the court deems necessary as well as applicable fines.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   6/16/23

Signature of Plaintiff   *Adam Maskell*

Printed Name of Plaintiff   Adam Maskell

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number   _____

E-mail Address   _____

Adam Maskell
1000 S. Crawford St Apt G
Clarksville, AR 72830



United States District Court Clerk
500 N. State Line Blvd Room 302
Texarkana, AR 71854

71854-596177