IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ADAM MASKELL                                                                                          PLAINTIFF

v.                                          Civil No. 1:23-cv-01064

DEPUTY ANDY GREEN, DEPUTY
J. RAMIREZ, DEPUTY ANTHONY
GALLEGOS, and BRADLEY COUNTY
SHERIFF'S DEPARTMENT                                                                       DEFENDANTS

## ORDER

Before the Court is Plaintiff's *in forma pauperis* motion. ECF No. 2. Considering Plaintiff's *in forma pauperis* motion, the Court finds it is well-taken and should be **GRANTED**, and Plaintiff may proceed in this case without payment of the filing fee.

The Court also **GRANTS** Plaintiff's Motion for Service. This Court directs the U.S. Marshal to serve a copy of the Complaint filed on June 22, 2023 (ECF No. 1) and a copy of this order on Defendants by serving Defendants at the following address:

Deputy Andy Green
101 E. Cedar Street, Suite B
Warren, Arkansas 71671

Deputy J. Ramirez
101 E. Cedar Street, Suite B
Warren, Arkansas 71671

Deputy Anthony Gallegos
101 E. Cedar Street, Suite B
Warren, Arkansas 71671

without prepayment of fees and costs or security thereof. Defendants are ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**ENTERED this 31st day of July 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE