IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ADAM MASKELL                                                                                                    PLAINTIFF

v.                                        Case No. 1:23-cv-1064

DEPUTY ANDY GREEN, *et al*.                                                                          DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Bryant recommends that the Court should abstain from this matter pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), dismiss Plaintiff's case without prejudice, and inform Plaintiff that he may refile this matter after his state court criminal proceedings have concluded.[1]

Plaintiff and Defendants filed timely objections. However, Plaintiff's objections never address the basis of Judge Bryant's reasoning and presents arguments regarding his currently pending state court proceedings. ECF No. 23. As to Defendants, they agree with Judge Bryant's conclusion regarding abstention but request that the matter be dismissed with prejudice and Defendants be awarded costs and attorney's fees. ECF No. 24. The Court does not view Plaintiff or Defendants' objections as specifically contesting Judge Bryant's reasoning regarding his recommendation of abstention.

Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's conclusion is sound, the Court adopts Judge Bryant's R&R (ECF No. 22) *in toto*. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (noting that specific objections shift a court's

---

[1] While Judge Bryant's R&R initially recommends that Defendant's Motion for Judgment on the Pleadings (ECF No. 16) be granted, he ultimately concludes that the Court should abstain from this matter and dismiss Plaintiff's case so that Plaintiff's state court criminal proceedings may conclude.

review from one which scrutinizes for plain error to one in which the issues are reviewed *de novo*); *and see* 28 U.S.C. § 636(b)(1).  Accordingly, Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.  Plaintiff may seek relief for his claims in this Court upon the conclusion of his state court criminal proceedings.  The Court declines to award Defendants attorney's fees and costs.

      **IT IS SO ORDERED**, this 10th day of January, 2024.

      /s/ Susan O. Hickey
      Susan O. Hickey
      Chief United States District Judge